UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUAN A. STEWART,

    Petitioner,

v.

WARDEN, Belmont Correctional Institution,

    Respondent.

Case No. 2:22-cv-1151

District Judge Michael H. Watson
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This habeas corpus case, brought by Petitioner Juan Stewart with the assistance of counsel, is before the Court on Petitioner's Objections, ECF No. 15, to the Magistrate Judge's Report and Recommendations recommending dismissal with prejudice, ECF No. 14.

The Court has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT